### SHASTA COUNTY v. MOUNTAIN COPPER CO., Limited. *

(Circuit Court of Appeals, Ninth Circuit. January 9, 1922. Rehearing Denied February 20, 1922.)

#### No. 3761.

In Error to the District Court of the United States for the Second Division of the Northern District of California; Frank H. Rudkin, Judge.

Suit by the Mountain Copper Company, Limited, against Shasta County. Judgment for plaintiff, and defendant brings error. Affirmed.

Jesse W. Carter, Dist. Atty., of Redding, Cal., and Morrison, Dunne & Brobeck, of San Francisco, Cal. (Edward Hohfeld, of San Francisco, Cal., of counsel), for plaintiff in error.

C. W. Durbrow, of San Francisco, Cal., and W. D. Tillotson, of Redding, Cal., for defendant in error.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

HUNT, Circuit Judge. Upon authority of County of Shasta v. Mountain Copper Co., Limited, 278 Fed. 155, the decree of the District Court is affirmed.

Affirmed.

---

### SHASTA COUNTY v. BALAKLALA CONSOL. COPPER CO. *

(Circuit Court of Appeals, Ninth Circuit. January 9, 1922. Rehearing Denied February 20, 1922.)

#### No. 3762.

In Error to the District Court of the United States for the Second Division of the Northern District of California; Frank H. Rudkin, Judge.

Suit by the Balaklala Consolidated Copper Company against Shasta County. Judgment for plaintiff, and defendant brings error. Affirmed.

Jesse W. Carter, Dist. Atty., of Redding, Cal., and Morrison, Dunne & Brobeck, of San Francisco, Cal. (Edward Hohfeld, of San Francisco, Cal., of counsel), for plaintiff in error.

F. J. Solinsky, of San Francisco, Cal., W. D. Tillotson, of Redding, Cal., and C. W. Durbrow, of San Francisco, Cal., for defendant in error.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

HUNT, Circuit Judge. Upon authority of County of Shasta v. Mountain Copper Co., Limited, 278 Fed. 155, the decree of the District Court is affirmed.

Affirmed.

*Certiorari denied 258 U. S. ——, 42 Sup. Ct. 462, 463, 66 L Ed ——.